Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR18-5205BHS |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| ISMAEL GARCIA VALENZUELA, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit B to the Motion to Forfeit Bond,

It is hereby ORDERED that Exhibit B to the Motion to Forfeit Bond, shall remain sealed.

DATED this 12th day of December, 2022.

BENJAMIN H. SETTLE
United States District Judge

Order to Seal - 1
*United States v. Ismael Garcia Valenzuela* / CR18-5205BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Presented by:
   *s/ Marci L. Ellsworth*
2  MARCI L. ELLSWORTH
   Assistant United States Attorney
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Order to Seal - 2
*United States v. Ismael Garcia Valenzuela* / CR18-5205BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800