Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISMAEL GARCIA VALENZUELA, <br><br> Defendant. | NO. CR18-5205-08 BHS <br><br> ORDER GRANTING THE UNITED STATES' MOTION TO FORFEIT BOND |

On May 9, 2018, Defendant Ismael Garcia Valenzuela, through a surety, posted a $5,000 pretrial appearance bond pursuant to a Central District of California magistrate judge's order of release. Dkt. 71. Defendant later failed to appear in this District and the Court issued a bench warrant for his arrest. Dkt. 98. The Central District of California has also issued a warrant for his arrest. *United States v. Valenzuela,* MJ18-194 (CDCA).

Since the warrants were issued in May 2018, Defendant has not appeared before either court. Both warrants remain outstanding.

Federal Rule of Criminal Procedure 46(f) provides that "[t]he court must declare the bail forfeited if a condition of the bond is breached." Because Defendant breached a condition of the bond by failing to appear for Court in this District,

Order to Forfeit Bond - 1
*United States v. Garcia Valenzuela* / CR 18-5205-08

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

IT IS HEREBY ORDERED:

1. The United States' Motion to Forfeit Bond, Dkt. 292, is GRANTED and the bond is forfeited to the United States.
2. The Clerk is authorized and directed to forfeit the bail funds deposited in the registry of this Court in the principal amount of $5,000.00, plus all accrued interest, payable/transferred to Criminal Bond Forfeitures.

The Clerk's Office is directed to enter this Order and provide copies to counsel, the United States Pretrial Services Office, and Defendant's surety (at the address provided in *United States v. Valenzuela,* MJ18-194 (CDCA), Dkt. 13).

IT IS SO ORDERED.

DATED this 12th day of December, 2022.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

Order to Forfeit Bond - 2
*United States v. Garcia Valenzuela* / CR 18-5205-08

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800